GARY M. RESTAINO
United States Attorney
District of Arizona
FRED A. COCIO
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
fred.cocio@usdoj.gov
Attorneys for Plaintiff

☒ FILED   ☐ LODGED

**Oct 07 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>        vs.<br><br>Maurice Charles Person Jr.,<br><br>                Defendant. | 24-09579MJ<br><br>MOTION TO SEAL<br>CASE<br><br>(UNDER SEAL) |

The United States of America, by and through its undersigned attorneys, moves this Court for an order sealing this case until further order of the Court because the defendant is a fugitive.

Respectfully submitted this 7th day of October, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*Fred A. Cocio*

Digitally signed by
FREDRICK COCIO
Date: 2024.10.04
11:58:31 -07'00'

FRED A. COCIO
Assistant U.S. Attorney

cc: USM, AUSA, PTS