**CRIMINAL COMPLAINT**
(Electronically Submitted)

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| **United States of America**<br>v.<br>**Maurice Charles Person Jr.**<br>DOB: 1996; United States Citizen | **DOCKET NO.** |
| | **MAGISTRATE'S CASE NO.**<br>24-09579MJ<br><br>SEALED |

Complaint for violation of Title 18, United States Code, Section 924(a)(1)(A)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about September 4, 2024, in the District of Arizona, Maurice Charles Person Jr. knowingly made a false statement and representation to Casa Pawn, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Casa Pawn, in that Maurice Charles Person Jr., in connection with the purchase of a firearm, that is, a Nova Modul model Draco NAK9, 9mm caliber pistol, stated his current address was 24820 North 16th Avenue, Suite 115, Phoenix, AZ, 85085, when in fact that was not his current residence address.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about September 4, 2024, Maurice Charles Person Jr. completed ATF Form 4473, Firearms Transaction Record, in order to purchase a Nova Modul model Draco NAK9, 9mm caliber pistol, from Casa Pawn, a federal firearms licensee located in Tucson, AZ. Person indicated on the ATF Form 4473 that his current address was 24820 North 16th Avenue, Suite 115, Phoenix, AZ, 85085.

On the ATF Form 4473, Person certified that the information he provided on the form, including his address, was true, correct, and complete. Person also indicated on the form that he understood "that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law."

During an investigation by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), an ATF agent learned that 24820 North 16th Avenue, Suite 115, Phoenix, AZ, was a business (TB Solutions) and that Person did not live at the address, nor has he ever lived at the address. Agents learned that Person used to be employed by a company that did business with TB Solutions, but was terminated in early June 2024.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>   Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *Fred Cocio* | SIGNATURE OF COMPLAINANT<br>CREIGHTON BRANDT  Digitally signed by CREIGHTON BRANDT Date: 2024.10.04 11:55:12 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>ATF Special Agent Creighton Brandt |

Sworn by telephone __x__

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>October 7, 2024 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

cc: USM (2cc), AUSA, PTS